# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

<table>
<tr><td>Leonard Green<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed:  October 20, 2009

Mr. Jonathan Earl Rosenbaum
Law Office
230 Third Street
Suite 104
Elyria, OH 44035

Re:  Case No. 09-4281, *Jane Doe, et al v. Dean Boland*
Originating Case No. : 07-02787

Dear Counsel,

This appeal has been docketed as case number **09-4281** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **November 3, 2009**.

        Appellant:      Appearance of Counsel
                             Civil Appeal Statement of Parties & Issues
                             Transcript Order
                             Disclosure of Corporate Affiliations
                             Application for Admission to 6th Circuit Bar (if applicable)

        Appellee:       Appearance of Counsel
                             Disclosure of Corporate Affiliations
                             Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Robin Duncan
Case Manager
Direct Dial No. 513-564-7027
Fax No. 513-564-7098

cc:  Mr. Dean Boland

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 09-4281**

JANE DOE, c/o her guardian and next friend;
PETER LORA;
JANE ROE, c/o her guardian and next friend;
VICTORIA BLOOM,

        Plaintiffs - Appellants

v.

DEAN BOLAND,

        Defendant - Appellee