**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**
**CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES**

Case No: _____     Case Manager: _____

Case Name: _____

Is this case a cross appeal?  ☐ Yes    ☐ No
Has this case or a related one been before this court previously?    ☐ Yes   ☐ No
If yes, state:
  Case Name: _____     Citation: _____
  Was that case mediated through the court's program?   ☐ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

```



```

**This is to certify that a copy of this statement was served on opposing counsel of record this ____ day of**

_____, _____ .          _____
                                            Name of Counsel for Appellant

6CA-53
Rev. 6/08